1

2

3

4

5

6

7

8                           United States District Court

9                         Eastern District of California

10

11

12   Jon Zin,

13          Petitioner,                    No. Civ. S 05-1197 FCD PAN P

14       vs.                               Order

15   Jill Brown,

16          Respondent.

17                                  -oOo-

18       Petitioner, a state prisoner proceeding without counsel,

19   applied for a writ of habeas corpus pursuant to 28 U.S.C. § 2254

20   and requested leave to proceed in forma pauperis.

21       Examination of the in forma pauperis affidavit reveals

22   petitioner is unable to afford the costs of suit.  Leave to

23   proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

24       A judge "entertaining an application for a writ of habeas

25   corpus shall forthwith award the writ or issue an order directing

26

1 the respondent to show cause why the writ should not be granted,

2 unless it appears from the application that the applicant or

3 person detained is not entitled thereto." 28 U.S.C. § 2243.

4 Petitioner may be entitled to relief.

5    I therefore grant petitioner's request to proceed in forma

6 pauperis and direct respondent to respond to petitioner's

7 application within 60 days.  See Rule 4, Fed. R. Governing § 2254

8 Cases.  An answer shall be accompanied by any and all transcripts

9 or other documents relevant to the determination of the issues

10 presented in the application.  See Rule 5, Fed. R. Governing §

11 2254 Cases.  Petitioner's reply, if any, shall be filed and

12 served within 30 days of service of an answer.  If the response

13 to petitioner's application is a motion, petitioner's opposition

14 or statement of non-opposition shall be filed and served within

15 30 days of service of the motion, and respondent's reply, if any,

16 shall be filed within 15 days thereafter.  The Clerk of the Court

17 shall serve a copy of this order together with a copy of

18 petitioner's June 15, 2005, petition for a writ of habeas corpus

19 pursuant to 28 U.S.C. § 2254 on Jo Graves, Attorney General for

20 the State of California.

21    Dated:  January 5, 2006.

22                                  /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
23                                  Magistrate Judge

24

25

26

2