1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JON ZIN,

11          Petitioner,                    No. CIV S-05-1197 FCD PAN P

12      vs.

13   JILL BROWN,

14          Respondent.            ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On March 27, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23          Although it appears from the file that petitioner's copy of the findings and

24   recommendations were returned, petitioner was properly served.  It is the petitioner's

25   responsibility to keep the court apprised of his current address at all times.  Pursuant to Local

26   Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1       The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4       1.  The findings and recommendations filed March 27, 2006, are adopted in full;

5  and

6       2.  This action is dismissed for petitioner's failure to keep the court apprised of his

7  current address.  See Local Rules 83-182(f) and 11-110 (E.D. Cal. 1997).

8  DATED:April 21, 2006

9

10                                  /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL JR.
11                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26